**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | | Chapter 7 |
| ) | | |
| Thomas, Lorena ) | | CASE NO. 14-39056 |
| ) | | |
| Debtor(s). ) | | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

       I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on May 9, 2017.

Cindy M. Johnson　　　　　　　　　　　　　　　　　　/s/ Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

## Electronic Mail Notice List

- Nathan E Delman    ndelman@semradlaw.com, ilnb.courtview@SLFCourtview.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Janna L Quarless    jquarless@semradlaw.com, ilnb.courtview@SLFCourtview.com
- Kristen C Wasieleski    kwasieleski@semradlaw.com, ilnb.courtview@SLFCourtview.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com

## Manual Notice List

See attached list

Lorena Thomas
12842 Grande Pines Blvd.
Plainfield, IL 60585-2882

American Infosource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK  73124-8866

Capital 1 Bank
Attn: General Correspondence
Po Box  30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cb/talbots
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Buckle
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-2686

Comenity Bank/HSN
Attn: Bankruptcy
Po Box 183686
Columbus, OH 43218

Comenity Bank/carsons
3100 Easton Square Pl
Columbus, OH 43219-6232

Comenitybank/talbots
Po Box 182120
Columbus, OH 43218-2120

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

GECRB/Amazon
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GECRB/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Sams Club / GEMB
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

State Farm Fncl Svcs F
State Farm Bank/ Attention: Bankruptcy
Po Box 2328
Bloomington, IL 61702-2328

Syncb/qvc
Po Box 965018
Orlando, FL 32896-5018

Syncb/tjx Cos
Po Box 965005
Orlando, FL 32896-5005

Syncb/value City Furni
950 Forrer Blvd
Kettering, OH 45420-1469

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673