UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
Lorena Thomas § Case No. 14-39056
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 350.00                     Assets Exempt: 4,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  7,005.78   Claims Discharged
                                              Without Payment:  49,450.70

Total Expenses of Administration:  5,494.22

---

3) Total gross receipts of $ 12,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,494.22 | 5,494.22 | 5,494.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,000.00 | 7,477.56 | 7,477.56 | 7,005.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,988.00 | 17,855.92 | 17,855.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 49,988.00 | $ 30,827.70 | $ 30,827.70 | $ 12,500.00 |

4) This case was originally filed under chapter 7 on 10/28/2014 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2017          By:/s/Cindy M. Johnson
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer Recovery | 1141-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Cindy M. Johnson | 2200-000 | NA | 109.36 | 109.36 | 109.36 |
| BOK Financial | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Clerk of the United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Zane L. Zielinski P. C. | 3210-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Zane L. Zielinski P. C. | 3220-000 | NA | 24.86 | 24.86 | 24.86 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,494.22 | $ 5,494.22 | $ 5,494.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | 12,000.00 | 7,477.56 | 7,477.56 | 7,005.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 12,000.00 | $ 7,477.56 | $ 7,477.56 | $ 7,005.78 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cb/talbots Po Box 182789 Columbus, OH 43218 | | 3,939.00 | NA | NA | 0.00 |
| | Comenity Bank/Buckle Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 39.00 | NA | NA | 0.00 |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | 4,703.00 | NA | NA | 0.00 |
| | Comenity Bank/HSN Attn: Bankruptcy Po Box 183686 Columbus, OH 43218 | | 1,530.00 | NA | NA | 0.00 |
| | Comenitybank/talbots Po Box 182120 Columbus, OH 43218 | | 3,939.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 1,573.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/Amazon Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 297.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 285.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 4,113.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,495.00 | NA | NA | 0.00 |
| | Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 4,731.00 | NA | NA | 0.00 |
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | 1,293.00 | NA | NA | 0.00 |
| | Syncb/qvc Po Box 965018 Orlando, FL 32896 | | 1,379.00 | NA | NA | 0.00 |
| | Syncb/tjx Cos Po Box 965005 Orlando, FL 32896 | | 1,190.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/value City Furni 950 Forrer Blvd Kettering, OH 45420 | | 617.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,613.00 | 1,613.98 | 1,613.98 | 0.00 |
| 7 | Capital One Bank (Usa), N.A. | 7100-000 | 2,931.00 | 3,009.38 | 3,009.38 | 0.00 |
| 8 | Capital One Bank (Usa), N.A. | 7100-000 | 2,321.00 | 2,321.27 | 2,321.27 | 0.00 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 3,939.17 | 3,939.17 | 0.00 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 4,977.92 | 4,977.92 | 0.00 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 1,530.97 | 1,530.97 | 0.00 |
| 6 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 39.81 | 39.81 | 0.00 |
| 2 a | Internal Revenue Service | 7300-000 | NA | 423.42 | 423.42 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 37,988.00 | $ 17,855.92 | $ 17,855.92 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-39056 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Lorena Thomas | | | | Date Filed (f) or Converted (c): | 10/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/2014 |
| For Period Ending: | 07/27/2017 | | | | Claims Bar Date: | 05/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account With Chase | 750.00 | 750.00 | | 0.00 | FA |
| 2. Savings Account Joint With Estranged Husband - Chase | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Joint With Estranged Husband - Chase | 200.00 | 200.00 | | 0.00 | FA |
| 4. Savings Account With Chase | 900.00 | 0.00 | | 0.00 | FA |
| 5. Misc Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 7. Ira With Fidelity - Zero Balance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Fraudulent Transfer Recovery (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 12. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 13. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 14. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $5,100.00     $13,450.00     $12,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will be retaining counsel to file fraudulent transfer action.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 9 | -- | This asset appeared to be added and exempted in amended schedules filed 11/15/16 (doc. 33)  - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |
| RE PROP # | 10 | -- | This asseet appeared to be added in amended schedules filed 11/15/16 (doc. 33)  - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |
| RE PROP # | 11 | -- | This asset appeared to be added in amended schedules filed 11/15/16 (doc. 33)  - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |
| RE PROP # | 12 | -- | Thie asset appeared to be added and exemption added in amended schedules filed 11/15/16 (doc. 33) -  - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |
| RE PROP # | 13 | -- | Asset appeared to be added and exempted on amended schedules filed 11/15/16 (doc. 33)  - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |
| RE PROP # | 14 | -- | Asset appeared to be Added and exemption added in amended schedules filed 11/15/16 (doc. 33) - Trustee added asset into program and then noticed that the amended schedule was for a different debtor filed in the wrong case.  Asset voided. |

Initial Projected Date of Final Report (TFR): 05/18/2017        Current Projected Date of Final Report (TFR): 05/18/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 14-39056 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Lorena Thomas | Bank Name: | BOK Financial | |
| | | Account Number/CD#: | XXXXXX0352 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7741 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/27/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/17 | 8 | BMW Financial Services NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH 43026 | Fraudulent Transfer Recovery | 1141-000 | $12,500.00 | | $12,500.00 |
| 03/15/17 | 101 | Zane L. Zielinski P. C.<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Compensation and Expenses<br>legal services and expenses | | | $3,024.86 | $9,475.14 |
| | | Zielinski P. C., Zane L. | Expenses  ($24.86) | 3220-000 | | | |
| | | Zielinski P. C., Zane L. | Compensation  ($3,000.00) | 3210-000 | | | |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,465.14 |
| 06/06/17 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,000.00 | $7,465.14 |
| 06/06/17 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $109.36 | $7,355.78 |
| 06/06/17 | 104 | Clerk of the United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $7,005.78 |
| 06/06/17 | 105 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 2 representing a payment of 93.69 % per court order. | 5800-000 | | $7,005.78 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Page Subtotals:   $12,500.00   $12,500.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0352 - Checking | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Page Subtotals: $0.00 $0.00